United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 4, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-10638
Summary Calendar

GLADYS MARIE GOFF

Plaintiff - Appellant

VERSUS

SOUNDOLIER DIVISION OF AMERICAN TRADING AND PRODUCTION
CORPORATION

Defendant - Appellee

Appeal from the United States District Court
For the Northern District of Texas
3:98-CV-2254

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff, Gladys Marie Goff, filed this action against defendant seeking relief for employment discrimination. The district court dismissed Golf's action with prejudice on February 15, 2001 and entered final judgment that same date. Goff filed her

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

notice of appeal more than two years later on June 25, 2003. Because Goff's notice of appeal from the February 15, 2001 judgment was untimely this court has no jurisdiction to review that order. Goff then filed a motion for leave to reinstate her complaint on February 14, 2003. The district court treated that motion as a motion for relief under Rule 60(b)F.R.C.P. and denied the motion on June 19, 2003. Goff filed a timely appeal from that order.

After reviewing the record and the briefs of the parties we are satisfied that the district court did not abuse its discretion in denying Goff's Rule 60(b) motion.

AFFIRMED.